371 A.2d 1303

Demko et ux. v. Pivirotto et al., Appellants.

Argued November 11, 1976.   Alan Frank, with him Frank & Radakovich, for appellants;   Albert C. Odermatt, Jr., with him Weisel, Xides & Conn, for appellees.

Decree affirmed.